```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

        - v. -                   :    07 Cr. _____

YOFELITO MIGUEL URENA-URENA,     :
    a/k/a "Jose Urena,"                  07 CRIM 984
    a/k/a "Jose Rodriguez,"      :

        Defendant.               :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about August 18, 2007, in the Southern District of New York and elsewhere, YOFELITO MIGUEL URENA-URENA, a/k/a "Jose Urena," a/k/a "Jose Rodriguez," the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 22, 1999, in the New York Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Second Degree, in violation of New York Penal Law 220.41(1), and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Security, to reapply for admission.

   (Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

YOFELITO MIGUEL URENA-URENA,
a/k/a "Jose Urena,"
a/k/a "Jose Rodriguez,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*   Oct. 24-07

Foreperson.

10/24/07 *[signature]* INDICTMENT FILED. A/W ORDERED
CASE ASSIGNED TO USDJ BATTS
FOX, USMJ