# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

*U.S. DISTRICT COURT FILED JUN 0 4 2008 S.D. OF N.Y.*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/4/02*

UNITED STATES OF AMERICA

Docket Number  07 CR. 984-01

- v -

YOFELITO M. URENA-URENA

HONORABLE DEBORAH A. BATTS
(District Court Judge)

Notice is hereby given that **the defendant Yofelito M. Urena-Urena** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____ (specify)

entered in this action on  06/02/08  (date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ] :   sentence only [ ] :   conviction and sentence [✓]

Date: **June 4, 2008**

TO:
Amy Lester, Esq., AUSA
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Mr. Jose Rodriguez a/k/a
Yofelito M. Urena-Urena,
Reg. No. 60520-054/MCC

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.
52 Duane Street - 10th Flor
New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY
(TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B

## ➤ QUESTIONNAIRE | ➤ TRANSCRIPT ORDER | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

| QUESTIONNAIRE | TRANSCRIPT ORDER | Dates |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other  Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings  2/7/08<br>[ ] Trial<br>[✓] Sentence  6/2/08<br>[ ] Post-trial proceedings | |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature  FIONA M. DOHERTY, ESQ.    DATE  JUNE 4, 2008
*Fiona Doherty*

## ➤ COURT REPORTER ACKNOWLEDGMENT
To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____ (Court Reporter)

COPY 1 - ORIGINAL